FILED

03/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0521

_____

PLANNED PARENTHOOD OF MONTANA, and
JOEY BANKS, M.D., on behalf of themselves and
their patients,

     Plaintiffs and Appellees,

  v.                                   O R D E R

STATE OF MONTANA, by and through AUSTIN
KNUDSEN, in his official capacity as Attorney
General,

     Defendant and Appellant.

_____

Pursuant to the motion for leave to file an amicus brief in the captioned matter filed by the Asian Pacific Institute on Gender-Based Violence, et al., and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and Amici are granted leave the file their amicus brief on March 24, 2022.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
March 24 2022